UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Erika L. Allen,

Plaintiff,

v.

Federal Express Corporation, a Delaware corporation,

Defendant.

Court File No. 00-CV-648 JMR/FLN

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED by the Parties, through their respective counsel, that the time for defendant to answer, plead, move or otherwise respond to plaintiff's Complaint is extended to and includes May 4, 2000. This Stipulation is without waiver of any rights of any party.

Dated: 3-31-00

NICHOLS KASTER & ANDERSON

Donald H. Nichols, #78918
Paul J. Lukas, #22084X
80 South Eighth Street
4644 IDS Center
Minneapolis, MN 55402
Telephone (612) 338-1919

**ATTORNEYS FOR PLAINTIFF**

Dated: March 29, 2000

OPPENHEIMER WOLFF & DONNELLY LLP

David Jordan-Huffman, #271676
Martin K. LaPointe, #6195827
Plaza VII
45 South Seventh Street, Suite 3300
Minneapolis, MN 55402
Telephone (612) 607-7000

APR 21 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Michael J. Vint, Esq.
FEDERAL EXPRESS CORPORATION
1980 Nonconnah Blvd., 3rd Floor
Memphis, TN 38132
Telephone (901) 395-3936

**ATTORNEYS FOR DEFENDANT**

IT IS SO ORDERED:

Dated: April 20, 2000

The Honorable Franklin L. Noel
United States Magistrate Judge