# 135406

**UNITED STATES DISTRICT COURT**
**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

**PETITION FOR ADMISSION PRO HAC VICE**

**Case Number:** 00-648JMR/FLN **Case Title:** Ericka L. Allen v. Federal Express Corporation, a Delaware corporation

**Affidavit of Movant**

I, David Jordan-Huffman, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Michael J. Vint, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant Federal Express Corporation in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

Signature David Jordan-Huffman | MN Attorney License # 271676 | Date 5/3/00

**Affidavit of Proposed Admittee**

I, Michael J. Vint, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Michael J. Vint
Type/Print Name

Signature

5-1-00
Date

Attorney License Number: 06211890

Law Firm Name & Address: Federal Express Corporation
1980 Nonconnah Boulevard
Memphis, Tennessee 38132

Telephone: (901) 395-3936

Motion Granted: Francis E. Dosal
For the Court: Francis E. Dosal, Clerk

MAY 05 2000
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

3

FILED MAY 5 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK VEM