IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

**ERICKA L. ALLEN,**

**Plaintiff,**

**v.**

**FEDERAL EXPRESS CORPORATION,**
**a Delaware Corporation,**

**Defendant.**

**Case No. 00-CV-648 JMR/FLN**

**STIPULATION TO DEPOSE DR. JOHN S. GAY OUTSIDE THE DISCOVERY DEADLINE**

The parties, through their respective counsel, hereby stipulate as follows:

1. Defendant Federal Express may depose John S. Gay, M.D. after expiration of the discovery deadline but no later than December 27, 2000.

Dated: 12-1-00

Paul J. Lukas (#22084X)
NICHOLS KASTER & ANDERSON
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

**ATTORNEY FOR PLAINTIFF**

Dated: December 1, 2000

David Jordan-Huffman (#271676)
OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402-1609
Telephone: (612) 607-7000

Michael J. Vint, Esq.
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, Tennessee 38125
(901) 434-8552

DEC 22 2000
DEPOSAL CLERK

Martin K. LaPointe, Esq.
BURKE, WARREN, MACKAY & SERRITELLA, PC
One IBM Plaza, 22nd Floor
330 North Wabash Avenue
Chicago, Illinois 60611-3607
(312) 840-7000

**ATTORNEYS FOR DEFENDANT FEDERAL EXPRESS CORPORATION**

**IT IS SO ORDERED:**

Dated: Dec. 21, 2000

BY THE COURT

The Honorable Franklin L. Noel
United States Magistrate Judge