UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-648(JMR/FLN)

| | | |
|---|---|---|
| Ericka L. Allen | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Federal Express Corp. | ) | |

Defendant seeks summary judgment on plaintiff's claim of discrimination. The Court heard oral argument on March 23, 2001. Based on the files, records, and proceedings herein, and for the reasons set forth at the hearing, IT IS ORDERED that:

Defendant's motion for summary judgment [Docket No. 14] is denied.

Dated: March 26, 2001

JAMES M. ROSENBAUM
United States District Judge

MAR 2 8 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK